William L. James, appellee, v. Motor Transit Management Company, appellant. Gen. No. 8,564.

Opinion filed May 11, 1932. Rehearing denied October 4, 1932.
Covey & Woods, for appellant. Harold F. Trapp, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

## FOURTH DISTRICT.

The People of the State of Illinois, petitioner, v. Thomas J. Hayes, Jr. et al., defendants.

Opinion filed June 24, 1932. Rehearing denied August 4, 1932.
Chester H. Farthing, for appellants. F. E. Merrills and Baker & Lesemann, for appellee.
Mr. Justice Edwards delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Irene Henderson, plaintiff in error.

Opinion filed September 19, 1932.
Meyer & Meyer, for plaintiff in error; Stanford S. Meyer, of counsel. J. H. Allio, State's Attorney, for defendant in error.
Mr. Presiding Justice Barry delivered the opinion of the court.

James M. Thompson et al., appellants, v. John L. Douglass et al., appellees.

Opinion filed September 19, 1932. Rehearing denied October 22, 1932.
C. J. Anderson and Williamson, Burroughs & Simpson, for appellants. Green & Verlie, for appellees; Karl K. Hoagland, of counsel.
Mr. Presiding Justice Barry delivered the opinion of the court.